**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| FRANHELI SEGUNDO MORALES BARRIOS<br><br>Petitioner,<br><br>v.<br><br>MARCOS CHARLES, et al.,<br><br>Respondents. | Case No. 6:26-CV-00088-ADA-DNM<br><br>**MOTION TO WITHDRAW HABEAS PETITION AS MOOT** |

Before the Court is Petitioner's combined motion to supplement habeas petition and supplemental petition filed pursuant to Rule 15(d) of the Federal Rules of Civil Procedure.

Having considered the motion, the record, and the applicable law, the Court finds that the motion is well taken and should be Granted.

Accordingly, IT IS HEREBY ORDERED that:

1.    Petitioner's Motion to Withdraw Habeas Petition as Moot is GRANTED;

2.    Petitioner's Motion to Withdraw Habeas Petition as Moot is deemed filed and accepted as part of the record;

**IT IS SO ORDERED.**
Date: April 21, 2026.

_____
UNITED STATES DISTRICT JUDGE

7